# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| SANWA PRODUCE ATLANTA MARKET, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION FILE ) NO. 1:09-CV-1892-TWT |
| SUN FOOD SERVICES, CO. f/k/a SUNS FOOD SERVICES, CO., AMY H. LEE, AND HOWARD LIN, | ) ) ) ) |
| Defendants. | ) ) ) ) |

## CONSENT ORDER

## EXTENDING TIME FOR ALL DEFENDANTS TO ANSWER

Pursuant to Federal Rule Civil Procedure 6(b), and other applicable law, and based upon the mutual consent and agreement of the parties, by and through the undersigned counsel, Plaintiff Sanwa Produce Atlanta Market, LLC ("Sanwa"), Defendant Howard Lin ("Mr. Lin"), Defendant Sun Food Services, Co. ("Sun Food"), and Defendant Amy H. Lee ("Ms. Lee") have agreed that Defendants Mr. Lin, Sun Food, And Ms. Lee shall have to and including August 28, 2009 in which to answer, object, motion, counterclaim or otherwise respond to Plaintiff Sanwa's Complaint in the above-styled action.

On July 14, 2009, Sanwa filed (i) a Motion for a Temporary Restraining Order (ii) a Motion for Preliminary Injunction and (iii) a Complaint in the styled action. On July 14, 2009, the Court entered an Order granting Sanwa's Motion for a Temporary Restraining Order. On July 21, 2009, the Court held a hearing on Sanwa's Motion for Preliminary Injunction. The Court denied Sanwa's Motion for Preliminary Injunction against Mr. Lin but granted it as to the remaining defendants. Thereafter, Sanwa and Defendants submitted previous consent orders extending the time to August 14, 2009 for the Defendants to answer, object, motion, counterclaim or otherwise respond to Plaintiff's Complaint, which the Court granted by Orders entered July 31, 2009 (Mr. Lin) and August 6, 2009 (Sun Food and Ms. Lee) . At present, the parties are addressing the matters subject of the Court's ruling at the July 21 hearing on Sanwa's Motion for Preliminary Injunction and there also has been initiated good faith settlement and compromise discussions to conclude this matter and thus Sanwa and Defendants request the subject extension.

Now Therefore, the Court for good cause shown hereby **ORDERS** that Defendants Mr. Lin, Sun Food, and Ms. Lee shall have to and including August 28, 2009 in which to answer, object, move, counterclaim or otherwise respond to Plaintiff Sanwa's Complaint.

IT IS **SO ORDERED** this 13th day of August ____, 2009.


/s/Thomas W. Thrash
The Honorable Thomas Thrash
Judge, United States District Court


**CONSENTED TO BY**:

| | |
|---|---|
| /s/ Michael P. Kohler (w/ permission)<br>Michael P. Kohler<br>   (Georgia Bar No. 427727)<br>Dimeji A. Ogunsola<br>   (Georgia Bar No. 857808)<br>Miller & Martin PLLC<br>1170 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, Georgia 30309-7706<br>(404) 962-6403 (telephone)<br>(404) 962-6303 (facsimile)<br>mkohler@millermartin.com<br>dogunsola@millermartin.com<br><br>Attorneys for Plaintiff<br>Sanwa Produce Atlanta Market, LLC | /s/ W. Scott Mayfield<br>W. Scott Mayfield<br>   (Georgia Bar No. 417517)<br><br>Duane Morris LLP<br>1180 West Peachtree Street<br>Suite 700<br>Atlanta, Georgia 30309-3448<br>(404) 253-6900 (telephone)<br>(404) 253-6901 (facsimile)<br>wsmayfield@duanemorris.com<br>cbturner@duanemorris.com<br><br><br>Attorneys for Defendant<br>Howard Lin |

| /s/ Gary G. Agnew) (w/permission) | |
| Gary G. Agnew | |
|    (Georgia Bar No. 005575) | |
| 1884 Georgian Terrace | |
| Chamblee, Georgia 30341 | |
| (770) 455-8027 (telephone) | |
| (770) 986-8673 (facsimile) | |
| garya43@aol.com | |
| | |
| Attorney Defendants Sun Food | |
| Services, Co. and Amy H. Lee | |

Respectfully submitted this 13th day of August, 2009.

DUANE MORRIS LLP

/s/ W. Scott Mayfield

W. Scott Mayfield
   (Georgia Bar No. 417517)


1180 West Peachtree Street
Suite 700
Atlanta, Georgia 30309-3448
(404) 253-6900 (telephone)
(404) 253-6901 (facsimile)
wsmayfield@duanemorris.com
cbturner@duanemorris.com

Attorneys for Defendant Howard Lin